# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **RAYGENE JACKSON, et al.,** <br> *Plaintiffs* <br><br> **v.** <br><br> **CHESAPEAKE ENERGY CORPORATION and CHESAPEAKE ENERGY MARKETING, LLC,** <br> *Defendants* | § § § § § § § § § <br><br> Case No. 1:24-CV-00186-DII |

## ORDER

The parties filed a Joint Proposed Scheduling Order on April 12, 2024 (Dkt. 21). The Joint Proposed Scheduling Order does not conform to Judge Robert Pitman's Proposed Agreed Scheduling Order posted on the website for the U.S. District Court for the Western District of Texas. The parties must submit to the Court a proposed scheduling order that follows this form. W.D. TEX. LOC. R. CV-16(a).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Pitman's form on or before **May 3, 2024**.

**SIGNED** on April 19, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1